IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00678-MOC-DSC

| | | |
|---|---|---|
| ROVSHAN SADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SEVILLE SOLAR TWO LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Michael J. McNamara and Gregory J. Penoyer]" (documents ##10 and 11) filed February 22, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: February 23, 2023

David S. Cayer
United States Magistrate Judge