# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ROVSHAN SADE,<br><br>Plaintiff,<br><br>v.<br><br>SEVILLE SOLAR ONE LLC,<br><br>Defendant. | No. 3:22-cv-677 |

| | |
|---|---|
| ROVSHAN SADE,<br><br>Plaintiff,<br><br>v.<br><br>SEVILLE SOLAR ONE LLC,<br><br>Defendant. | No. 3:22-cv-678 |

**THIS MATTER** is before the Court to determine consolidation of these matters and other case management issues. As described by the Parties in their Joint Status Report, these two lawsuits, along with five other lawsuits filed in the Middle District of North Carolina, each assert infringement of the same two patents. The seven lawsuits were all brought by the same plaintiff, who is represented by the same counsel. The defendants in the seven cases are likewise each represented by the same counsel. The five MDNC cases have been consolidated through the close of discovery following claim construction.

The Parties suggest that the Court similarly consolidate the two actions pending here, and the Court agrees. Accordingly, it is **ORDERED** that the two cases captioned above shall be and

1

are consolidated and shall be managed as follows from entry of this Order through the end of the discovery period following claim construction and for the purposes of resolving any discovery disputes that remain outstanding at the end of the discovery period:

1. Pleadings and orders shall be filed only in Civil Action No. 3:22-cv-677 (the "Lead" case);

2. Each pleading need bear only the case caption of the Lead Case;

3. A single case management schedule controlling the consolidated cases through the discovery and claim construction periods will be entered in the Lead Case following the Parties' filing of a consolidated IAC Report;

4. The Parties are directed to confer and file this IAC Report on or before January 29, 2024; and

5. Following the close of discovery, the Court will set a further hearing to determine the extent to which, if at all, the cases should be consolidated for post-discovery purposes, including with respect to the filing of dispositive motions and for trial.

Also, upon the appearance of counsel and consolidation of these cases, there is no further need for Civil Action No. 3:22-cv-678 to be placed in the Pro Se Settlement Assistance Program, and it is hereby removed from that program, with an IAC to be held in the consolidated cases as described above.

**SO ORDERED, ADJUDGED AND DECREED**.

Signed: January 19, 2024

Kenneth D. Bell
United States District Judge