IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00677-KDB-DCK

| | |
|---|---|
| ROVSHAN SADE,<br><br>Plaintiff,<br><br>v.<br><br>SEVILLE SOLAR ONE LLC,<br><br>Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on the Parties' Consent and Motion for Transfer of Cases Pursuant to 28 U.S.C. § 1404 (Doc. No. 33). Specifically, the Parties request that the Court transfer Case No. 3:22-cv-00677-KDB-DCK and Case No. 3:22-cv-00678-KDB-DCK (the "WDNC Cases") to the United States District Court for the Middle District of North Carolina. Five other cases brought by the same plaintiff involving the same patents at issue in the WDNC Cases already are pending in the Middle District, with the same counsel representing the plaintiff and the various defendants. Therefore, for good cause shown and having determined that all conditions necessary for transfer have been met, it is ORDERED pursuant to 28 U.S.C. § 1404(a), that Case No. 3:22-cv-00677-KDB-DCK and Case No. 3:22-cv-00678-KDB-DCK shall be transferred from the United States District Court for the Western District of North Carolina to the United States District Court for the Middle District of North Carolina.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 12 2024

Kenneth D. Bell
United States District Judge